UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIARRA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01762-JRS-TAB |
| | ) |
| MILLENNIA HOUSING MANAGEMENT LTD, | ) |
| HUBBARD GARDENS IN TC LP, | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

This action is **dismissed** for lack of subject-matter jurisdiction. This judgment is final under Rule 58.

Date: 01/26/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

TIARRA THOMAS
4128 Edgemere Court
Apt D2
Indianapolis, IN 46205